# Exhibit A

Case: 3:15-cv-02288-JJH Doc #: 1-1 Filed: 11/06/15 2 of 4. PageID #: 26

11/4/2015        The Toledo Clinic, Inc - News - TOLEDO CLINIC COGNITIVE CENTER TAKES HOLOISTIC APPROACH TO MEMORY LOSS TREATMENT



**The Toledo Clinic**

Main Campus: 4235 Secor Road, Toledo, Oh 43623

(/)

419-473-3561 • 800-444-3561

# NEWS

## TOLEDO CLINIC COGNITIVE CENTER TAKES HOLOISTIC APPROACH TO MEMORY LOSS TREATMENT

News (/News) > TOLEDO CLINIC COGNITIVE CENTER TAKES HOLOISTIC APPROACH TO MEMORY LOSS TREATMENT (/News/Article?id=19)

Memory loss can be associated with a variety of different health problems and conditions. Alzheimer's disease and other forms of dementia, repeated concussions in athletes, and closed-head injuries from motor vehicle accidents are just a sampling of potential causes that can lead to the impairment of memory and other cognitive function. Just as with any bodily injury, memory loss requires prompt intervention and treatment to minimize its impact and ensure the best possible outcome—for patients as well as their loved ones.

Recognizing that the need for memory care services is great in our community, The Toledo Clinic recently opened a dedicated Cognitive Center, located on their main campus at 4235 Secor Road, that treats all forms of memory loss with an all-natural, holistic, non-pharmaceutical approach.

Sherry-Ann Jenkins, PhD, Director of the Cognitive Center, notes that as a society, we tend to view closed-head trauma and memory loss in a very different light than we view other forms of injury. "If you break a leg and are in a cast, everyone can see that you're hurt. Even after the cast comes off and you're doing physical therapy, you may walk with a limp for a while. Everyone can tell you need certain accommodations until you're completely healed. On the other hand, if you experience head trauma or memory loss, there's no cast or other outward sign of the injury, so people may not understand why you're having problems. But just like the rest of the body, when the brain is injured, you have to let it rest and heal and then allow for a slow recovery," she says.

Because memory loss is a condition that affects patients as well as their loved ones, Dr. Jenkins asks each new patient and their family members, close friends, and caretakers to fill out a cognitive assessment on the patient. Oftentimes, family and friends are the first to recognize that the patient is having memory issues, and each individual may observe different deficits. In fact, patients often come in not because they note that they have memory loss, but because others around them tell them something has changed with their memory. So, this assessment approach gives Dr. Jenkins a much more comprehensive view of the problem.

Each patient's workup begins with individualized testing based on their cognitive assessment and particular

Case: 3:15-cv-02288-JJH Doc #: 1-1 Filed: 11/06/15 3 of 4. PageID #: 27

11/4/2015   The Toledo Clinic, Inc - News - TOLEDO CLINIC COGNITIVE CENTER TAKES HOLOISTIC APPROACH TO MEMORY LOSS TREATMENT

circumstances—for example, whether they're older with Alzheimer's, younger with a closed-head injury, or in their 40s or 50s with a gradually faltering memory.

Patients who are anxious or fearful when they visit the center will find a calming—albeit furry—influence in Jasper, the center's resident working dog, who, depending on patients' level of nervousness, will either lie reassuringly at their feet or nestle in their lap.

If the cognitive testing reveals any areas of concern, Dr. Jenkins will then order radiologic scanning (typically a PET scan) to hone in on the part of the brain that's not functioning as it should. "During a PET scan, the patient is injected with radioactive glucose, which is taken up by the brain. When an area of the brain is in use, it should light up on the scan. If it doesn't, you know that part of the brain isn't working properly," she explains.

If warranted based on the radiologic scanning, patients are sent for lab work, which helps confirm the cause of their memory issue. The different types of memory loss are often associated with very specific metabolic changes in the body that can be identified through blood work. "I then write a report, which is shared with the referring physician and arrange for the patient to come back to the center for treatment. That's when the real fun begins," Dr. Jenkins remarks.

When the patient returns, Dr. Jenkins starts him or her on various predetermined exercises that help train other areas of the brain to compensate for the part that's not working properly. The concept is the same as when helping the body learn to compensate for any other limitation—for example, the way someone with tennis elbow might learn to lean his or her upper body forward to pick up an object on a table rather than straighten out the painful elbow joint and reach for it.

Helping patients retrain their brain takes teamwork, however, so Dr. Jenkins' job involves teaching not just the patient, but also family members and caregivers. "I like my patients to be very involved with the management of their care, even if they have difficulty remembering. I also make very clear to family and friends that they must be careful to avoid talking over their loved one with memory loss or behaving as if they're not in the room. They're still human beings, and they know when they're being ignored or treated like a child. That's why I always look directly at the patient when I ask questions. I may get the answer from a spouse or child, but I still direct all my questions to the patient," she says.

The Toledo Clinic Cognitive Center is affiliated with the Alzheimer's Association, providing patients and their families access to all the programs and resources the organization has to offer, such as educational material on long-distance caregiving, keeping the patient's home safe, personal care, legal and financial matters related to memory loss, and much more. They're also eligible to utilize the Alzheimer's Association's adult daycare program, which includes shuttle transportation to and from the daycare facility.

In addition, the Cognitive Center offers counseling services for patients and their children and caretakers, and refers patients for audiological testing to ensure that a case of hearing loss isn't being misinterpreted as a cognitive problem. They also go over patients' medications to rule out the possibility that their memory loss is related to a drug they're taking.

Case: 3:15-cv-02288-JJH Doc #: 1-1 Filed: 11/06/15 4 of 4. PageID #: 28

11/4/2015 The Toledo Clinic, Inc - News - TOLEDO CLINIC COGNITIVE CENTER TAKES HOLOISTIC APPROACH TO MEMORY LOSS TREATMENT

Emphasizing that Alzheimer's has a heredity factor of 30%, Dr. Jenkins advises the children of parents who have the disease to get tested for memory impairment while in their 50s. "If a memory issue is diagnosed, we can take control of it, slow it down, and potentially give the patient an extra ten years. The key is early intervention," she says.

*For more information on the Toledo Clinic Cognitive Center or to schedule an appointment, please call 419-479-5556.*

### SEARCH THE TOLEDO CLINIC WEBSITE

Enter in key words to search the site.

[Search]

### SEARCH FOR PHYSICIANS

Search by physician's name

What type of physician are you looking for? ▼

[Search]

### PATIENT PORTAL
(https://health.eclinicalworks.com/toledoclinic)

CAREER OPPORTUNITIES (/CAREER)

MAKE A PAYMENT ONLINE (/PAYMENT)

RESOURCES (/RESOURCES)

Copyright © 2015 - Toledo Clinic, Inc.