# Exhibit B

# The Cognitive Center opens on Holland-Sylvania Road

Sherry-Ann Jenkins, Ph.D., has recently opened The Cognitive Center at 4417 N. Holland-Sylvania Rd. She worked with Jim McGowan who helped her find and lease the 1,500 square feet of space. "While I am part of and started my practice at The Toledo Clinic, this location is perfect for me and my patients. We have easy access and convenient parking right outside my door. The office space works well and we even have a finished basement offering lots of storage," she said.

Dr. Jenkins is a member of the Society for Neuroscience, the Academy of Neuroscience, the Academy of Cognitive Function, the Institute of Neuroscience, the Brain Research Institute, the Academy of Self-Reported Cognitive Impairment and Cognitive and Brain Function. She earned her doctorate in neuroscience, cognition and hearing from the University of California, Los Angeles.

Patients who benefit from The Cognitive Center include those from age 14 and up who experience memory loss; those who may be suffering from dementia or Alzheimer's disease; those experiencing chemotherapy-induced memory loss; patients suffering from head trauma or those with a history of head trauma; MS patients experiencing short term memory loss; and patients suffering from stroke, epilepsy or Parkinson's disease. According to Dr. Jenkins, she performs comprehensive neuro-cognitive testing; orders blood tests to identify cognitive markers, PET scans and hearing screenings to identify the indicative cause for memory loss.



Sherry-Ann Jenkins, Ph.D., and her therapy dog Jasper see patients in their new office.

"I use a holistic manner with a scientific approach for my patients," she offered. "I use neuro-cognitive testing coupled with PET /CT scans to confirm my diagnosis. This also allows me to see what part of the brain is functioning well and helps me to design a protocol for each patient."

According to Dr. Jenkins, once the diagnosis has been completed and confirmed, she invites the entire family for a consultation. "That relationship with the family is most important and it is important to involve the entire family," she noted.

Dr. Jenkins works with each patient on three steps. "The first is to work on the diet and make any dietary changes necessary to support greater brain function. The second step is to work on the social aspects of

each patient's life. Many times, when a person is suffering from dementia or Alzheimer's disease, he or she avoids contact with other people. My goal is to get the patient back out into society interacting with other people. The third step of my program is to design daily brain exercises geared to each patient that he or she will do daily for the rest of his or her lives," Dr. Jenkins explained.

She recommends counseling and/or support groups through the Alzheimer's Association and other programs for patients, their families and caregivers. In addition, Dr. Jenkins recommends that her patients and family members volunteer up to three times a week at the Alzheimer's Adult Day Care Center, or at another specific senior center or a youth center. Dr. Jenkins also stresses the importance of nutrition. "Many times, dietary changes are needed to enhance brain functioning."

She calls each patient and his or her family every three weeks as a follow-up to memory exercises, counseling, dietary changes and lifestyle changes. She schedules follow-up appointments every three months for assessment of memory and progression of the disease along with making adjustments of memory exercises and life style changes. "At worst, a patient stays the same and many times, that patient shows improvement," she said.

In addition to patients with memory issues, she also works with children of parents who have been diagnosed with dementia or Alzheimer's disease who are at increased risk of inheriting the disease and chose to be proactive.
While the practice is relatively new, Dr. Jenkins is looking to expand her staff to include a social worker and an occupational therapist. "We are also getting ready to form a support group," she stated.



Share { 0 }    Like { 12 }

## Connect with us!

Sylvania Advantage
5693 N. Main St. #1 Sylvania, OH 43560
(419) 824-0100
SylvaniaAdvantage@gmail.com



## Contact Us

E-mail: SylvaniaAdvantage@gmail.com
Phone: (419) 824-0100
Address: 5655 N. Main #1 Sylvania, OH 43560





Back to Top