# Exhibit K

MITH, MARY K        MRN: 06774038        DOB: 11/13/1958        DOS: 4/17/201:

Patient: SMITH, MARY K        Patient ID: 06774038        Date: 4/17/2015



**The Toledo Clinic**

Jenkins-The Cognitive Center,

| | |
|---|---|
| Name: SMITH, MARY K | Date: 4/17/2015 |
| Address: 3382 Woodmont Dr |  |
| Lambertville, MI |  |
| 48144-9623 |  |
| Birth date: 11/13/1958 | MRN: 06774038 |

Dear MARY SMITH

   It has become apparent to me that our physician/patient relationship is ineffective and I can no longer continue to provide services to you as your provider. Therefore, this letter will serve as notice of my intent to discontinue our physician/patient relationship.

   I would encourage you to find another physician to treat you as quickly as possible. For that reason, I have included an authorization to transfer records. Please complete the authorization and return it to my office so that your records can be transferred to your physician of choice.

   I will be available to you for emergency care only for thirty (30) days following the date of this letter.

Sincerely,
JENKINS-THE COGNITIVE CENTER,

| | |
|---|---|
| Approved: 7146-Sherry-Ann Jenkins, PhD | 4/13/2015 2:09:00 PM |
| Reviewed & Signed by: 7100-Oliver Jenkins, MD | 4/14/2015 6:41:30 AM |
| Reviewed & Signed by: 7146-Sherry-Ann Jenkins, PhD | 4/14/2015 9:41:25 AM |