IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ex rel. DEBORAH SCHMIDT, et al., | ) | CASE NO.: 3:15CV2288 |
| | ) | JUDGE JEFFREY J. HELMICK |
| Plaintiff-Relators, | ) | |
| v. | ) | |
| THE TOLEDO CLINIC, INC. et al., | ) | ORDER |
| Defendant. | ) | |

WHEREAS the United States of America (the "United States") has intervened in this action with regard to certain of the allegations asserted against Toledo Clinic, Inc. for the purpose of effectuating a settlement agreement between the United States, the Relators, and Toledo Clinic, Inc.; and

WHEREAS the United States and the Relators have filed a joint stipulation of dismissal;

IT IS HEREBY ORDERED as follows:

1. Consistent with the terms of the Settlement Agreement, the claims asserted by the Relators on behalf of the United States, against Toledo Clinic, Inc. that are based on the Covered Conduct as defined in Recitals, Paragraph D of the Settlement Agreement as dismissed with prejudice. Paragraph D, Recitals of the Settlement Agreement specifically provides as follows:

> D. The United States contends that it has certain civil claims against Toledo Clinic, Inc. arising from the submission of claims for tests ordered for Medicare beneficiaries treated at the Cognitive Center with CPT Codes 96116, 96118, 78608, 36415, A9552, 82746, 84443, 82607, 85025, 80048, 95816, 82728, 83550, 83540, 82465, 82306, 82565, which were not reasonable and necessary because the tests were not properly ordered under 42 C.F.R. § 410.32(a) by a either a treating physician or a non-physician practitioner, during the period from December 16, 2014 through December 23, 2015.

2. All other claims asserted by the Relators on behalf of the United States in which the United States declined to intervene are dismissed with prejudice to the Relators and without prejudice to the United States.

3. All claims asserted by the Relators regarding attorney's fees, costs, and expenses under 31 U.S.C. § 3730(d) are dismissed with prejudice.

IT IS SO ORDERED, this 29 day of April, 2022.

s/ Jeffrey J. Helmick
JEFFREY J. HELMICK
UNITED STATES DISTRICT JUDGE